U.S. Department of Justice



United States Attorney
Southern District of New York

# MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 16, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

BY FACSIMILE

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:  United States v. Estupinan-Jaramillo,
        08 Cr. 321 (TPG)

Dear Judge Griesa:

    A subsequent pretrial conference was scheduled before Your Honor for May 15, 2008. That conference has now been rescheduled by Your Honor's Deputy Clerk for May 28, 2008, at 10:30 a.m. The Government respectfully requests that the Court exclude time from today until May 28, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to continue discussions regarding a possible disposition of this case, in light of the potential for new defense counsel being assigned to the defendant.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                By: _____
                     Benjamin A. Naftalis
                     Assistant United States Attorney
                     (212) 637-2456

SO ORDERED.

*[signature: Thomas P. Griesa]*

HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

5/28/08